IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
DR. EDWIN HASSON,                    :
             Plaintiff,              :
        v.                           :   Civil Action No. 06-29J
GLENDALE SCHOOL DISTRICT,            :
             Defendant               :
```

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

On September 13, 2006, the Magistrate Judge filed a Report and Recommendation, docket no. 8, recommending that the defendant's motion to dismiss, docket no. 7, be granted in part and denied in part.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Defendant filed objections, seeking a more definite statement as to the claim which survived the motion to dismiss. The complaint adequately states a claim: the information sought be defendant can be obtained in a deposition of the plaintiff.

After de novo review of the record of this matter together with the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 28th day of September, 2006, it is

ORDERED that defendant's motion to dismiss, docket no.
7, is granted in part and denied in part as set forth in the Report
and Recommendation, which is adopted as the Opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:

counsel of record

2