IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DR. EDWIN HASSON,                    :
                Plaintiff,           :
        v.                           :    Case No. 3:06-cv-29-KRG-KAP
GLENDALE SCHOOL DISTRICT,            :
                Defendant            :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A.
Pesto for pretrial proceedings in accordance with the Magistrates
Act, 28 U.S.C. § 636(b)(1), and subsections 3 and 4 of Local Rule
72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation
on June 25, 2007, docket no. 25, recommending that the defendant's
motion for summary judgment, docket no. 17, be granted.

The parties were notified that pursuant to 28 U.S.C. §
636(b)(1), they had ten days to serve and file written objections
to the Report and Recommendation. No objections have been filed
and the time to do so has expired.

Upon review of the record of this matter and the Report
and Recommendation, and noting the absence of timely objections
thereto, the following order is entered:

AND NOW, this _18th_ day of July, 2007, it is

ORDERED that defendant's motion for summary judgment, docket no. 17, is granted.   The Report and Recommendation is adopted as the opinion of the Court.   The Clerk shall enter judgment for the defendant and mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record

2